IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAFAEL TEJADA-ROBLEDO                                          PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:08cv212-DCB-MTP

CONSTANCE REESE, et al.                                       DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(b) and 4(m) as Plaintiff has failed to serve process or to otherwise comply with this court's December 16, 2008 order [17].

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(b) and 4(m) for Plaintiff's failure to serve process or to otherwise comply with this court's December 16, 2008 order [17].

SO ORDERED this the 10th day of June, 2009.

                                                s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE